# NOBLE COUNTY DETENTION FACILITY INMATE REQUEST

Date 7/28/20     Inmate Number: 07-038

1. Circle the appropriate request.
2. Only one request per Inmate Request Form (multiple requests will be rejected).
3. Only one inmate per Inmate Request (multiple signatures/names will be rejected).
4. ALL Inmate Request Forms MUST be signed.
5. Inmate Request Forms must be filled out completely.
6. Inmate Request Forms are NOT for Medical: Use Medical Request Form.

REQUEST/ (GRIEVANCE) /CHAPLAIN/ RELEASE of PROPERTY/ OTHER _____

INMATE'S NAME (Print): Johnson, Sean     Living Unit: D Pod

Reason for request: I'm trying to exhaust my grievance procedure which are the requirements to file a 1983 civil suit for the violation of my 8th amendment when I was placed in isolation for almost 90 days. I've tried to work through it but I feel that I may have PTSD stemming from the fear I have of retaliation. I know that I'm not on the right medication neither. And I was found not to take which is not the right medication for my disorder. I asked before if we would be if we solved the incidents that happened in ISO, I'm still in fear of facility workers from the incidents. I'm not threating but I'm just giving a notice that I'm filing a 1983 civil suit against this facility. Also due to conditions and feces in ISO, I'd like to be tested for Hepatitis C.

Inmate's Signature (request MUST be signed): Sean ___
DO's Signature # ___ 7-23 @ 2100 on 7-28-20
Staff Response: SUBMIT A MEDICAL REQUEST FOR YOUR MEDICAL ISSUES + THE NURSE WILL DISCUSS YOUR ISSUES WITH YOU.

Staff Signature: _____     Badge# 10    Date 07/29/20